FILED
CLERK, U.S. DISTRICT COURT
6/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAIAH BROWN,
aka "Zayy,"
aka "FMO Zayy,"
aka "100KZAYY,"
aka "Datboi22Zayy," and
ADOLPH DAINYL BARLEY,
aka "Dolph,"
aka "Dolphh,"

Defendants.

CR 2:23-cr-00321-WLH

I N D I C T M E N T

[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 982: Criminal Forfeiture]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. The California Employment Development Department ("EDD") administered unemployment insurance ("UI") benefits for residents of

California, including Pandemic Unemployment Assistance benefits to individuals who were unemployed because of the COVID-19 pandemic ("pandemic benefits").

2. Persons applying for UI benefits, including pandemic benefits, were required to reside in the State of California and submit to EDD an application for the benefits. A pandemic benefits claimant was required to answer various questions on his/her application to establish his/her eligibility for the benefits. Among other things, the claimant was required to provide personal identifiable information ("PII") (including the applicant's name, date of birth, and social security number), and certify to EDD under the penalties of perjury that the COVID-19 pandemic had directly and adversely affected the applicant's employment. Persons applying for pandemic benefits did not need to submit any supporting documents to EDD with their applications.

3. Individuals who were employed, retired, or incarcerated were not eligible for UI benefits, including pandemic benefits. Individuals whose claims were not based on California employment or residence were not eligible for California UI benefits.

4. Once EDD approved the application and granted UI benefits to the applicant, EDD would create a debit account ("EDD debit account") with Bank of America, N.A., a financial institution insured by the Federal Deposit Insurance Corporation ("Bank of America"). A debit card linked to the EDD debit account would then be mailed to the account mailing address.

5. A recipient of pandemic benefits was required to periodically recertify under the penalties of perjury that, among other things, the recipient continued to be unemployed due to the

COVID-19 pandemic and therefore remained eligible to receive pandemic benefits.

6. EDD would deposit UI benefits, including pandemic benefits, to the EDD debit account. The debit card could then be used to withdraw the benefits from the EDD debit account using automated teller machines ("ATMs"), including ATMs that Bank of America operated.

B. OBJECT OF THE CONSPIRACY

7. Beginning no later than in or about July 2020 and continuing through at least on or about February 8, 2021, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ISAIAH BROWN, also known as ("aka") "Zayy," aka "FMO Zayy," aka "100KZayy," aka "Datboi22Zayy," and ADOLPH DAINYL BARLEY, aka "Dolph," aka "Dolphh," knowingly conspired with one another, and with others known and unknown to the Grand Jury, to commit bank fraud, in violation of Title 18, United States Code, Section 1344(2).

C. THE MANNER AND MEANS OF THE CONSPIRACY

8. The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

a. Defendants BROWN and BARLEY would acquire PII, such as the names, dates of birth, and Social Security Numbers, of individuals, including PII belonging to individuals who were ineligible for UI benefits and pandemic benefits based on their residency.

b. Defendants BROWN and BARLEY would exchange text messages about the fraudulent scheme, including text messages containing PII belonging to victims.

c. Using the PII of victims, defendants BROWN and BARLEY would cause fraudulent applications to be submitted to EDD for UI benefits, including pandemic benefits.

d. Defendant BARLEY would provide defendant BROWN with mailing addresses to use in the fraudulent EDD applications, and then retrieve the EDD cards issued in victims' names from those addresses.

e. Defendants BROWN and BARLEY and other co-conspirators would use EDD debit cards issued in the names of victims to withdraw cash from ATMs.

f. Defendants BROWN and BARLEY, or a co-conspirator, would cause transfers from EDD debit accounts in the names of victims to defendant BROWN's bank account.

g. Defendants BROWN and BARLEY would maintain a list of fraudulent EDD applications submitted that included, among other things, PII belonging to victims and the amount of money the co-conspirators had received for each fraudulent EDD account.

9. Through their conspiracy, defendants BROWN and BARLEY, and their co-conspirators, caused at least 40 fraudulent applications for pandemic benefits to be filed with EDD, resulting in at least approximately $974,353 of losses.

D. <u>OVERT ACTS</u>

10. In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants BROWN and BARLEY, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1:</u> On July 30, 2020, in text messages, defendants BROWN and BARLEY discussed a fraudulent EDD application in

victim D.A.'s name. Among other things, defendant BARLEY informed defendant BROWN that a co-conspirator had received a letter stating that victim D.A.'s EDD application had been approved.

Overt Act No. 2: On July 30, 2020, in a text message, defendant BARLEY sent defendant BROWN an image of a letter from EDD addressed to victim D.A.

Overt Act No. 3: On July 30, 2020, in a text message, defendant BROWN sent defendant BARLEY a screenshot depicting the PII of victim E.L.

Overt Act No. 4: On August 5, 2020, in text messages, defendant BARLEY provided defendant BROWN a street address in Inglewood (the "Inglewood Address") that defendants BROWN and BARLEY "can use if needed."

Overt Act No. 5: On August 6, 2020, in a text message, defendant BARLEY instructed defendant BROWN to "send two" fraudulently obtained EDD debit cards to the Inglewood Address.

Overt Act No. 6: On August 6, 2020, in a text message, defendant BARLEY texted an address to defendant BROWN in Rialto, California (the "Rialto Address"), which the co-conspirators used to send at least one fraudulently obtained EDD card.

Overt Act No. 7: On August 7, 2020, in a text message, defendant BROWN sent defendant BARLEY a screenshot of the EDD website showing online payments to the EDD debit account in the name of victim T.W.

Overt Act No. 8: On August 8, 2020, in a text message, defendant BARLEY sent defendant BROWN an address on Century Boulevard in Los Angeles to be used in a fraudulent EDD application the co-conspirators submitted using PII belonging to victim J.O.

<u>Overt Act No. 9:</u> On August 11, 2020, in a text message, defendant BARLEY sent defendant BROWN a photograph of an EDD debit card in the name of victim K.M.

<u>Overt Act No. 10:</u> On August 11, 2020, in a text message, defendant BARLEY sent defendant BROWN a photograph of the EDD debit card in the name of victim T.W. ending in -0688.

<u>Overt Act No. 11:</u> On or about August 11, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim T.W. to defendant BROWN's bank account.

<u>Overt Act No. 12:</u> On August 14, 2020, in text messages, defendant BARLEY sent defendant BROWN a photograph of the EDD debit card in the name of victim T.W. ending in -3849 and instructed defendant BROWN to "[a]ctivate it".

<u>Overt Act No. 13:</u> On August 13, 2020, in text messages, defendants BARLEY and BROWN discussed sharing the money obtained from the EDD debit account in the name of victim K.M.

<u>Overt Act No. 14:</u> On August 14, 2020, in text messages, defendants BARLEY and BROWN discussed the mailing address and name used to submit a fraudulent EDD application containing victim J.O.'s name and PII.

<u>Overt Act No. 15:</u> On August 16, 2020, in a text message, defendant BARLEY informed defendant BROWN that he was traveling to the Rialto Address.

<u>Overt Act No. 16:</u> On August 16, 2020, defendant BARLEY obtained an EDD debit card in victim N.B.'s name from the Rialto Address and then sent a photograph of it to defendant BROWN via text message.

Overt Act No. 17: On August 18, 2020, in text messages, defendants BROWN and BARLEY exchanged images depicting large amounts of U.S. currency obtained through the fraudulent scheme.

Overt Act No. 18: On August 18, 2020, in a text message, defendant BARLEY instructed defendant BROWN to transfer proceeds obtained from the fraudulent scheme to defendant BARLEY.

Overt Act No. 19: On August 18, 2020, in a text message, defendant BROWN sent defendant BARLEY a photograph containing PII relating to victim T.W.

Overt Act No. 20: On August 19, 2020, in a text message, defendant BROWN sent defendant BARLEY a screenshot depicting the PII of victim P.B.

Overt Act No. 21: On August 19, 2020, in text messages, defendant BROWN told defendant BARLEY "[J.O.] on way" and sent an image of defendant BROWN holding a large amount of U.S. currency.

Overt Act No. 22: On August 20, 2020, in text messages, defendant BARLEY sent a defendant BROWN a photograph of the EDD debit card in the name of victim J.O. In response, defendant BROWN told defendant BARLEY the debit card was activated.

Overt Act No. 23: On August 20, 2020, in text messages, defendants BROWN and BARLEY discussed creating email accounts in the names of others and submitting fraudulent EDD applications using those emails.

Overt Act No. 24: On August 21, 2020, defendant BROWN used an EDD debit account issued in the name of victim A.M. to withdraw approximately $980 in cash from a Bank of America ATM in Camarillo, California.

<u>Overt Act No. 25:</u> On August 23, 2020, in text messages, defendant BARLEY instructed defendant BROWN to transfer some of the proceeds of the fraudulent scheme to defendant BARLEY.

<u>Overt Act No. 26:</u> On or about August 28, 2020, a co-conspirator caused a transfer of approximately $3,000 from the EDD debit account in the name of victim V.G. to defendant BROWN's bank account.

<u>Overt Act No. 27:</u> On or about August 31, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim A.S. to defendant BROWN's bank account.

<u>Overt Act No. 28:</u> On September 1, 2020, in text messages to defendant BARLEY, defendant BROWN stated, "All ours are delivered," and then sent a photograph of a list containing PII and other information relating to victims N.B., R.C., J.O., A.S., and A.W, among others (the "Victim List").

<u>Overt Act No. 29:</u> On September 2, 2020, in text messages, defendants BROWN and BARLEY discussed signing into the Bank of America online account associated with the EDD debit account in the name of victim A.W.

<u>Overt Act No. 30:</u> On September 3, 2020, in text messages, defendants BROWN and BARLEY discussed a journalist's public Twitter post about EDD fraud. Among other things, defendant BROWN stated, "That's how they getting caught."

<u>Overt Act No. 31:</u> On or about September 3, 2020, co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim R.C. to defendant BROWN's bank account.

Overt Act No. 32: On September 4, 2020, in text messages, defendants BROWN and BARLEY discussed signing into the Bank of America online account associated with the EDD debit account in the name of victim A.W.

Overt Act No. 33: On September 6, 2020, defendant BROWN sent defendant BARLEY a video file depicting the Victim List, which contained PII and other information relating to victims N.B., R.C., C.G., K.G., P.G., V.G., D.J., M.K., A.M., K.M., G.M., J.O., A.S., T.S., J.S., A.W., and T.W., among others.

Overt Act No. 34: On September 6, 2020, in a text message, defendant BROWN sent defendant BARLEY a screenshot of a Bank of America website, which indicated that the balance on the EDD debit account in the name of victim A.W. was $14,904.65.

Overt Act No. 35: On September 8, 2020, defendant BROWN used an EDD debit card issued in the name of victim G.M. to withdraw approximately $1,000 in cash from a Bank of America ATM in Ventura, California.

Overt Act No. 36: On or about September 9, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim A.S. to defendant BROWN's bank account.

Overt Act No. 37: On or about September 14, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim P.G. to defendant BROWN's bank account.

Overt Act No. 38: On or about September 21, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD

debit account in the name of victim G.M. to defendant BROWN's bank account.

Overt Act No. 39: On September 24, 2020, defendant BROWN used an EDD debit card issued in the name of victim C.G. to withdraw approximately $500 in cash from a Bank of America ATM in Thousand Oaks, California.

Overt Act No. 40: On September 24, 2020, defendant BARLEY sent defendant BROWN a text message asking defendant BROWN to "certify" a fraudulent EDD account in victim T.W.'s name.

Overt Act No. 41: On September 27, 2020, defendant BARLEY used an EDD debit account issued in the name of victim K.G. to withdraw approximately $1,000 in cash from a Bank of America ATM in Los Angeles, California.

Overt Act No. 42: On or about October 5, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim J.S. to defendant BROWN's bank account.

Overt Act No. 43: On October 7, 2020, in a text message, defendant BROWN sent defendant BARLEY a photograph that contained the name, birth date, and Social Security Number of victim D.J., among others.

Overt Act No. 44: On or about October 13, 2020, a co-conspirator caused a transfer of approximately $2,468 from the EDD debit account in the name of victim C.G. to defendant BROWN's bank account.

Overt Act No. 45: On or about October 13, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD

debit account in the name of victim K.G. to defendant BROWN's bank account.

Overt Act No. 46: On or about October 13, 2020, a co-conspirator caused a transfer of approximately $1,500 from the EDD debit account in the name of victim D.J. to defendant BROWN's bank account.

Overt Act No. 47: On or about October 13, 2020, a co-conspirator caused a transfer of approximately $1,500 from the EDD debit account in the name of victim T.S. to defendant BROWN's bank account.

Overt Act No. 48: On or about October 13, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim J.S. to defendant BROWN's bank account.

Overt Act No. 49: On or about October 16, 2020, a co-conspirator caused a transfer of approximately $1,800 on October 16, 2020, from the EDD debit account in the name of victim M.K. to defendant BROWN's bank account.

Overt Act No. 50: On October 28, 2020, defendant BROWN possessed numerous EDD cards in victims' names, including the names of victims C.G., K.G., P.G., M.K., G.M., A.S., and J.S.

Overt Act No. 51: On or about November 5, 2020, a co-conspirator caused a transfer of approximately $775 from the EDD debit account in the name of victim T.S. to defendant BROWN's bank account.

Overt Act No. 52: On or about November 6, 2020, a co-conspirator caused a transfer of approximately $2,000 on November 6,

2020, from the EDD debit account in the name of victim K.M. to defendant BROWN's bank account.

Overt Act No. 53: On or about November 18, 2020, a co-conspirator caused a transfer of approximately $900 on November 18, 2020, from the EDD debit account in the name of victim K.M. to defendant BROWN's bank account.

Overt Act No. 54: On or about December 4, 2020, a co-conspirator caused a transfer of approximately $5,000 from the EDD debit account in the name of victim J.O. to defendant BROWN's bank account.

Overt Act No. 55: On or about December 14, 2020, a co-conspirator caused the transfer of approximately $3,900 from the EDD debit account in the name of victim N.B. to defendant BROWN's bank account.

Overt Act No. 56: On or about December 14, 2020, a co-conspirator caused a transfer of approximately $900 from the EDD debit account in the name of victim D.J. to defendant BROWN's bank account.

Overt Act No. 57: On December 15, 2020, in a text message, defendant BARLEY sent defendant BROWN an image depicting the Victim List which contained PII and other information relating to victims N.B., R.C., C.G., K.G., P.G., V.G., D.J., M.K., K.M., G.M., A.S., T.S., J.S., and A.W., among others.

Overt Act No. 58: On or about December 21, 2020, a co-conspirator caused a transfer of approximately $900 from the EDD debit account in the name of victim C.G. to defendant BROWN's bank account.

Overt Act No. 59: On or about December 21, 2020, a co-conspirator caused a transfer of approximately $900 from the EDD debit account in the name of victim P.G. to defendant BROWN's bank account.

Overt Act No. 60: On or about December 21, 2020, a co-conspirator caused a transfer of approximately $900 from the EDD debit account in the name of victim V.G. to defendant BROWN's bank account.

Overt Act No. 61: On or about December 21, 2020, a co-conspirator caused a transfer of approximately $900, from the EDD debit account in the name of victim M.K. to defendant BROWN's bank account.

Overt Act No. 62: On or about February 8, 2021, a co-conspirator caused a transfer of approximately $1,500 from the EDD debit account in the name of victim R.C. to defendant BROWN's bank account.

COUNTS TWO AND THREE

[18 U.S.C. §§ 1344(2), 2(a)]

[ALL DEFENDANTS]

11. The Grand Jury realleges paragraphs 1 through 6 and 8 and 9 of this Indictment here.

A. THE FRAUDULENT SCHEME

12. Beginning on a date unknown to the Grand Jury, and continuing through at least on or about February 8, 2021, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, ISAIAH BROWN, also known as ("aka") "Zayy," aka "FMO Zayy," aka "100KZayy," aka "Datboi22Zayy," and ADOLPH DAINYL BARLEY, aka "Dolph," aka "Dolphh," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with the intent to defraud, executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

13. The fraudulent scheme operated and was carried out, in substance, as described in Paragraphs 8 and 9 of this Indictment.

B. EXECUTIONS OF THE FRAUDULENT SCHEME

14. On or about the following dates, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants BROWN and BARLEY, together with others known and unknown to the Grand Jury, each aiding and abetting the other, committed the

//

//

following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DEFENDANTS | DATE | ACT |
|---|---|---|---|
| COUNT TWO | BROWN and BARLEY | 9/24/2020 | Used an EDD debit card issued in the name of victim C.G. to withdraw approximately $500 in cash from a Bank of America ATM in Thousand Oaks, California |
| COUNT THREE | BROWN and BARLEY | 9/27/2020 | Used an EDD debit card issued in the name of victim K.G. to withdraw approximately $1,000 in cash from a Bank of America ATM in Los Angeles, California |

COUNT FOUR

[18 U.S.C. § 1028A(a)(1)]

[ALL DEFENDANTS]

On or about December 15, 2020, in Los Angeles County, within the Central District of California, ISAIAH BROWN, also known as ("aka") "Zayy," aka "FMO Zayy," aka "100KZayy," aka "Datboi22Zayy," and ADOLPH DAINYL BARLEY, aka "Dolph," aka "Dolphh," knowingly possessed, without lawful authority, means of identification that defendants BROWN and BARLEY knew belonged to other persons, namely, the names of victims K.M. and A.S., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

FORFEITURE ALLEGATION

[18 U.S.C. § 982]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Four of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

ELIZABETH S.P. DOUGLAS
Assistant United States Attorney
General Crimes Section