**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
6/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

Case Number: 2:23-cr-00321-WLH
Defendant Number: 1
U.S.A. v. Isaiah BROWN
Year of Birth: 1995
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): HSI

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: ____

c. County in which first offense occurred
Ventura County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [✓] Ventura
[ ] Orange        [ ] Santa Barbara
[ ] Riverside     [ ] San Luis Obispo
[✓] San Bernardino [ ] Other ____

Citation of Offense: 18 U.S.C. § 1349; 18 U.S.C. § 1344(2); 18 U.S.C. § 1028A

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: ____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 6/22/2023
Case Number: 2:23-mj-03154-DUTY
Assigned Judge: DUTY
Charging: 18 U.S.C. § 1349

The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on: ____

### PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes
IF YES, provide Name: ____
Phone Number: ____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** [ ] Yes   [ ] No

This is the ____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: ____

Case Number ____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge ____
[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect:

**OTHER**

☑ Male   ☐ Female
☐ U.S. Citizen   ☐ Alien

Alias Name(s)   Zayy, FMO Zayy, 100KZAYY, Datboi22Zayy

This defendant is charged in:
☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☑ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   June 28, 2023

Signature of Assistant U.S. Attorney
Elizabeth S.P. Douglas
Print Name