1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  RICHARD D. GOLDMAN (Bar No. 187707)
   (E-Mail: Richard_Goldman@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-4791
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   ADOLPH DAINYL BARLEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00321-WLH-2 |
|---|---|
| Plaintiff, | |
| v. | **ADDITIONAL LETTER IN SUPPORT OF SENTENCING** |
| ADOLPH DAINYL BARLEY, | |
| Defendant. | |

Defendant, Adolph Dainyl Barley, by and through his counsel of record, Deputy Federal Public Defender Richard D. Goldman, hereby files the attached additional letter in support of sentencing.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 10, 2024        By  */s/ Richard D. Goldman*
                                RICHARD GOLDMAN
                                Deputy Federal Public Defender
                                Attorney for ADOLPH DAINYL BARLEY

Alaziah Livingstone

alaziahlw@gmail.com



June 2024

Dear Honorable Wesly L. Hou,

My name is Alaziah Livingstone, and I am writing this letter on behalf of my personal trainer and friend, Adolph Barley to clarify and defend his good judgement and character. I have had the great pleasure of knowing and training with Adolph since April 2020. It is a pleasurable honor to reflect on and defend Adolph's character and integrity in my time since knowing him.

Since knowing Adolph, he has displayed qualities of value, honesty, integrity and loyalty, both as a professional personal trainer and friend. I have witnessed Adolph excel in his fitness career by keeping constant clientele, continuously educating himself and always taking his business seriously. Adolph selflessly leads free community workouts to encourage health and exercise once a month and is always encouraging the community and his peers to maintain a healthy lifestyle. Adolph has often become a listening ear during training sessions, always offering unbiased, honest and truthful advice.  Although I met Adolph as a personal trainer, it did not take long for his character to reveal the friend I would soon have. As friends I have had the great pleasure to witness Adolph not only as a goal driven businessman but also an outstanding father. I have personally witnessed the exemplary father Adolph is as he shows up for his young daughter in ways only a girl could dream of from her father. Preparing meals, school drop off and pick up, attending school plays, assemblies and award ceremonies and the list goes on.

I believe that Adolph's usual conduct and character are commendable and make him deserving of your consideration. This can be considered a valid and sensible testimony of how Adolph genuinely is and his moral qualities, hopefully these things will be considered when determining the outcome of his case. Should you require any further information on my behalf, please do not hesitate to contact me.