CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
RICHARD D. GOLDMAN (Bar No. 187707)
(E-Mail: Richard_Goldman@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4791
Facsimile: (213) 894-0081

Attorneys for Defendant
ADOLPH DAINYL BARLEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>ADOLPH DAINYL BARLEY,<br><br>        Defendant. | Case No. 2:23-cr-00321-WLH-2<br><br>**ADDITIONAL LETTER IN SUPPORT OF SENTENCING** |

Defendant, Adolph Dainyl Barley, by and through his counsel of record, Deputy Federal Public Defender Richard D. Goldman, hereby files the attached additional letter in support of sentencing.

                                            Respectfully submitted,
                                            CUAUHTEMOC ORTEGA
                                            Federal Public Defender

DATED: June 12, 2024        By  */s/ Richard D. Goldman*
                                            RICHARD GOLDMAN
                                            Deputy Federal Public Defender
                                            Attorney for ADOLPH DAINYL BARLEY

Dear Honorable Wesley L. Hsu,

I am writing to you as a character witness for Adolph, whom I have had the pleasure of knowing for the past three years. During this time, I have come to see Adolph not only as a good friend but also as a dedicated fitness trainer and a devoted father. His commitment to his clients and his unwavering love for his daughter are evident in every aspect of his life. While I am aware of the serious nature of the crime he has committed, I believe that the man I have come to know is sincerely remorseful and is making a concerted effort to change his life for the better.

In the time that I have known Adolph, I have seen him grapple with his past while striving to build a brighter future. His journey has not been without its struggles, but I have witnessed a genuine transformation in his character. He has shown remarkable resilience and a sincere desire to walk a more righteous path. I truly believe that with continued support and guidance, Adolph has the potential to fully redeem himself and contribute positively to society. I humbly ask for your leniency, taking into account his efforts to change and the positive impact he has had on his family, friends, and the community. Thank you for considering my perspective.

Sincerely,
Ariel Scott