# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | | | |
|---|---|---|---|
| Case No. | 2:23-cr-00321-WLH-2 | Date | 7/26/2024 |

Present: The Honorable **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Holidae Crawford | CourtSmart | Max Andrew Shapiro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adolph Dainyl Barley | √ | | √ | Richard D. Goldman, DFPD | √ | √ | |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

√   The Court grants the Government's motion to dismiss all remaining counts in the underlying Indictment as to this Defendant only.

√   Defendant informed of right to appeal.

√   Bond exonerated on surrender.

_   Other: _____.

 

                                                                                        : 40

Initials of Deputy Clerk   HC